```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Jarrell Wilson

    v.                                                Case No. 19-cv-1064-PB

Michelle Edmark, N.H. State Prison
Warden, et al.

<u>ORDER</u>

After due consideration of the response filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 13, 2020.

                                                  /s/Paul Barbadoro
                                                  _____
                                                  Paul Barbadoro
                                                  United States District Judge

Date: August 17, 2020

cc: Jarrell Wilson, pro se
    Lawrence Edelman, Esq.
    Amanda Palmeira, Esq.