```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Jarrell Wilson

    v.                                                        Case No. 19-cv-1064-PB

Peter Picone

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 21, 2020, and dismiss this action in its entirety for failure to state a claim, pursuant to 28 U.S.C. § 1915A and LR 4.3(d)(1), and deny the motion to dismiss (doc. no. 24) as moot. The clerk shall enter judgment and close the case.

                                                      /s/Paul Barbadoro_____
                                                      Paul Barbadoro
                                                      United States District Judge

Date: November 2, 2020

cc: Jarrell Wilson, pro se
    Counsel of Record